UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAULINE W. ALDRICH,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-cv-5344 BHS-JRC<br><br>ORDER AMENDING SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

Defendant shall have up to and including November 17, 2010, to file Defendant's responsive brief; and

Plaintiff shall have up to and including December 1, 2010, to file an optional reply brief.

Oral argument, if desired, shall be requested by December 8, 2010.

DATED this 5th day of October 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:10-cv-5344 BHS-JRC]