# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAULINE ALDRICH

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5344BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**; and

This action is **REVERSED** and **REMANDED** for further administrative proceedings.

| | |
|---|---|
| March 15, 2011 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |